FILED

JUL 1 0 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

USA v.  Jimmy Heard

**CASE NUMBER:** CR 18   302   CRB

CR

| | | | |
|---|---|---|---|
| Is This Case Under Seal? | Yes | No ✓ | |
| Total Number of Defendants: | 1 ✓ | 2-7 | 8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes | No ✓ | |
| Venue (Per Crim. L.R. 18-1): | SF ✓ | OAK | SJ |
| Is this a potential high-cost case? | Yes | No ✓ | |
| Is any defendant charged with a death-penalty-eligible crime? | Yes | No ✓ | |
| Is this a RICO Act gang case? | Yes | No ✓ | |

**Assigned AUSA (Lead Attorney):** Ross Weingarten

**Date Submitted:** 7/09/2018

**Comments:**

RESET FORM      SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)