IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>    v.<br><br>HEARD,<br><br>            Defendant. | Case No. 18-cr-00302-CRB-1<br><br>**ORDER GRANTING MOTION FOR COMPASSIONATE RELEASE** |

Defendant Jimmy Heard moves for a reduced sentence under 18 U.S.C. § 3582(c)(1)(A). See Mot. (dkt. 42). In light of the government's withdrawal of its opposition to Mr. Heard's motion, see Gov't Non-Opposition (dkt. 58), and having considered the record and the factors set forth in 18 U.S.C. § 3553(a), the Court concludes that extraordinary and compelling reasons warrant reducing Mr. Heard's sentence and thus GRANTS Mr. Heard's immediate release.

Mr. Heard shall adhere to the release plan described in the Probation Office's March 3, 2021 letter to the court. See Probation Letter (dkt. 49). Under that plan, Mr. Heard is to reside with his wife Jacquelyn Heard and their son at Mrs. Heard's parents' home.

Mr. Heard shall be subject to the following special conditions of supervision through November 15, 2021:

> -You must participate in the Location Monitoring Program as directed by the probation officer through November 15, 2021, and be monitored at the discretion of the probation office. Location monitoring shall be utilized to verify your compliance with a curfew while on the program. You are restricted to your residence every day from 10 PM to 6 AM as directed by

the probation officer. Location Monitoring fees are waived.

-You must abstain from the use of all alcoholic beverages.

This special term of supervision is to be followed by the term of supervised release imposed as part of Mr. Heard's original sentence.

The Court ORDERS the government to serve a copy of this order on the warden at FCI Victorville Medium I immediately.

**IT IS SO ORDERED.**

Dated: May 12, 2021



CHARLES R. BREYER
United States District Judge